USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/3/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IMAGEFICTION, INC.,

                Plaintiff,

-against-

AMERICAN MEDIA, INC.,

                Defendant.

1:21-cv-9463-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    Plaintiff initiated this action by filing a complaint on November 16, 2021.  [ECF No. 1]. An affidavit of service of summons and complaint was filed on the docket on November 29, 2021.  [ECF No. 7].  According to that affidavit, Defendant's response to the complaint was due December 13, 2021.  No response was filed, and Plaintiff has not prosecuted this case to date.

    Accordingly, IT IS HEREBY ORDERED that any motion for entry of a default judgment shall be filed by January 24, 2022.  Plaintiff is directed to follow the procedures applicable to default judgments under the Court's Individual Rules and Practices for Civil Cases, available at the Court's website.  Failure to move for a default judgment by January 24, 2022 may result in dismissal of this action for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.  *See LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001).

**SO ORDERED.**
**Date:  January 3, 2022**
      **New York, NY**

                                                    **MARY KAY VYSKOCIL**
                                                    **United States District Judge**