```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IMAGEFICTION, INC.,

                Plaintiff,

-against-

AMERICAN MEDIA, INC.,

                Defendant.

1:21-cv-9463-MKV

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

      This action having been commenced on November 16, 2021, by the filing of a Complaint [ECF No. 1], and a copy of the Summons and Complaint having been served on Defendant American Media, Inc. on November 22, 2021, and proof of such service having been filed on November 29, 2021 [ECF No. 7], and Defendant not having answered the Complaint, and the time for answering the Complaint having expired, and Plaintiff having moved for entry of default judgment on January 23, 2022 [ECF No. 12], and having served the Motion on Defendant [ECF Nos. 17], and no opposition having been filed, it is HEREBY ORDERED that the Parties will appear at a Default Judgment Hearing on **July 7, 2022 at 12:00pm.**

      It is FURTHER ORDERED that Plaintiff must serve this Scheduling Order and another copy of all papers in support of Plaintiff's motion on Defendant on or before **July 5, 2022.** Proof of service must be filed on the ECF docket by July 5, 2022.

**SO ORDERED.**

**Dated: June 27, 2022**
      **New York, New York**

                                                                             HON. MARY KAY VYSKOCIL
                                                                             United States District Judge