USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/27/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IMAGEFICTION, INC.,

                Plaintiff,

-against-

AMERICAN MEDIA, INC.,

                Defendant.

1:21-cv-9463-MKV

AMENDED

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

      This action having been commenced on November 16, 2021, by the filing of a Complaint [ECF No. 1], and a copy of the Summons and Complaint having been served on Defendant American Media, Inc. on November 22, 2021, and proof of such service having been filed on November 29, 2021 [ECF No. 7], and Defendant not having answered the Complaint, and the time for answering the Complaint having expired, and Plaintiff having moved for entry of default judgment on January 23, 2022 [ECF No. 12], and having served the Motion on Defendant [ECF Nos. 17], and no opposition having been filed, it is HEREBY ORDERED that the Parties will appear at a Default Judgment Hearing on **July 7, 2022 at 12:00pm.** The hearing will be held in Courtroom 18C of the 500 Pearl Street Courthouse, New York, New York.

      It is FURTHER ORDERED that Plaintiff must serve this Amended Scheduling Order, and not the Scheduling Order at ECF No. 18, and another copy of all papers in support of Plaintiff's motion on Defendant on or before **July 5, 2022.** Proof of service must be filed on the ECF docket by July 5, 2022. **SO ORDERED.**

**Dated: June 27, 2022**
**New York, New York**

                                    *Mary Kay Vyskocil*
                                   **HON. MARY KAY VYSKOCIL**
                                   **United States District Judge**