USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/7/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IMAGEFICTION, INC.

                            Plaintiff,

- against -

AMERICAN MEDIA, INC.

                            Defendant.

Docket No. 1:21-cv-09463-MKV

## DEFAULT JUDGMENT

Upon consideration of the Plaintiff's motion for default judgment under Rule 55.2(b)(2) of the Federal Rules of Civil Procedure and Local Rule 55.2; and the declaration of plaintiff's counsel James H. Freeman and exhibits attached thereto, the declaration of Donna Halperin and exhibits attached thereto, the Statement of Damages and upon all prior papers and proceedings filed herein, it is hereby:

**ORDERED, ADJUDGED** and **DECREED** that:

1. Default judgment as to liability for copyright infringement under 17 U.S.C. § 501 be entered against defendant American Media, Inc. ("Defendant");

2. Defendant is to pay $5,000.00 in statutory damages under 17 U.S.C. § 504(c) for willful copyright infringement;

3. Defendant is to pay $700.00 in attorneys' fees and $453.10 in costs pursuant to 17 U.S.C. § 505.

4. Defendant is to pay post-judgment interest under 28 U.S.C.A. § 1961;

5.   the Clerk of the Court is requested to terminate the motion at ECF No. 12 and this case.

New York, NY

Dated:  July 7, 2022                                          **SO ORDERED.**

*[signature]*
Mary Kay Vyskocil (U.S.D.J.)